DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JURRIEL WASHINGTON,**
Appellant,

v.

**MISAEL RODRIGUEZ,**
Appellee.

No. 4D18-2915

[December 6, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Kathleen J. Kroll, Judge; L.T. Case No. 502017DR003902XXXXMB.

Jurriel Washington, Royal Palm Beach, pro se.

Robbin L. Petras of Florida Family Law Clinic, LLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***